IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| AML IP, LLC,<br>    Plaintiff,<br><br>v.<br><br>AUTOZONE, INC.,<br>    Defendant | Civil Action No. 7:24-cv-00292-DC-DTG<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, AML IP, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment.  The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent.  Each party shall bear its own costs, expenses and attorneys' fees.

 Dated:  April 29, 2025

                                              Respectfully submitted,

                                              */s/ William P. Ramey, III*
                                              William P. Ramey, III
                                              Texas Bar No. 24027643
                                              **Ramey LLP**
                                              5020 Montrose Blvd., Suite 800
                                              Houston, Texas 77006
                                              (713) 426-3923
                                              wramey@rameyfirm.com

                                              *Attorneys for AML IP, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that April 29, 2025, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III
